IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| SHELA PLANK, | ) | |
| | ) | |
| | ) | CASE NO.: 06-973-DRH-PMF |
| Plaintiff, | ) | |
| | ) | CJRA TRACK: B |
| vs. | ) | |
| | ) | JUDGE: David R. Herndon |
| | ) | |
| DYNEGY, INC., and | ) | |
| DYNEGY MIDWEST GENERATION, | ) | |
| INC. | | |
| Defendants. | | |

## ORDER

The Joint Motion to Dismiss Without Prejudice is GRANTED. Defendant Dynegy Inc. is dismissed without prejudice from the above-referenced cause of action. All costs of court and/or attorneys' fees incurred by the parties will be paid by the parties incurring them.

Dated and entered this 27th day of February, 2007.


/s/        David  R Herndon
UNITED STATES DISTRICT JUDGE