IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SHELA PLANK, | ) |
| Plaintiff, | ) |
| VS. | ) NO. CV 06-973-DRH |
| DYNEGY MIDWEST GENERATION, INC., | ) |
| Defendant. | ) |

# JUDGMENT IN A CIVIL CASE

**HERNDON, District Judge:**

The Court having received a Stipulation for Dismissal signed by all counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

**DATED:** March 11, 2008.

NORBERT G. JAWORSKI, Clerk

s/ Patricia A. Brown
By: Patricia A. Brown, Deputy Clerk

APPROVED: /s/ David R Herndon

Chief Judge
U.S. District Court